UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
BYRON CORDOVA, individually and on behalf of all others similarly situated,

                          Plaintiff,

-against-

BREEZY POINT INC. d/b/a CHRONE'S TAVERN, MICHAEL CHRONE, and MOHAMMED HUSSEIN,

                          Defendants.
-------------------------------------------------------------------X

Civil Action No. 2:19-cv-15442

**NOTICE OF MOTION**

SIRS:

| | |
|---|---|
| MOTION BY: | KATZ MELINGER PLLC<br>Attorneys for Plaintiff |
| DATE, TIME AND PLACE OF HEARING: | December 16, 2019<br>50 Walnut Street<br>Newark, New Jersey 07102 |
| SUPPORTING PAPERS: | Declaration of Nicole D. Grunfeld, dated November 18, with supporting exhibits and Memorandum of Law, dated November 18, 2019. |
| RELIEF REQUESTED: | An order pursuant to FRCP 4(e)(1)<br>a) permitting Plaintiff to serve the Summons and Complaint upon Defendant Mohammed Hussein by leaving a copy of the summons and complaint with a person of suitable age and discretion at 906 Mountain Avenue, Mountainside, New Jersey 07092, where Defendant Mohammed Hussein works, owns, and/or operates a |

   restaurant, and by simultaneously mailing a copy of the same to Defendant Mohammed Hussein at 906 Mountain Avenue, Mountainside, New Jersey 07092 via USPS First Class Mail or as the Court otherwise directs; and

b) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
   November 18, 2019

              */s/ Nicole D. Grunfeld*
              Nicole D. Grunfeld
              Katz Melinger PLLC
              280 Madison Avenue, Suite 600
              New York, New York, 10016
              t: (212) 460-0047
              f: (212) 428-6811
              ndgrunfeld@katzmelinger.com