```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------------------------------X
BYRON CORDOVA, individually and on behalf of all others
similarly situated,

                                Plaintiff,           Civil Action No.
                                                     2:19-cv-15442
                -against-

BREEZY POINT INC. d/b/a CHRONE'S TAVERN, MICHAEL
CHRONE, and MOHAMMED HUSSEIN,

                                Defendants.
--------------------------------------------------------------------------------X
```

## ORDER

This action having been commenced on July 16, 2019 by the filing of the summons and complaint, and the Plaintiff having attempted to serve defendant Mohammed Hussein with a copy of the summons and complaint unsuccessfully, and counsel for Plaintiff having requested an order pursuant to FRCP 4(e)(1) permitting Plaintiff to serve process on defendant Mohammed Hussein by leaving a copy of the summons and complaint with a person of suitable age and discretion at 906 Mountain Avenue, Mountainside, New Jersey 07092 ("906 Mountain"), where Defendant Hussein works, owns, and/or operates a restaurant, and by simultaneously mailing a copy of the same to Defendant Hussein at 906 Mountain via USPS First Class Mail (hereinafter referred to as "leave-and-mail" service of process) or as the Court otherwise directs, by filing a proper memorandum of law and affirmation, with accompanying exhibits; it is hereby

**ORDERED, ADJUDGED, and DECREED that**:

Plaintiff's motion to for an order pursuant to FRCP 4(e)(1) permitting alternative service of process upon defendant Mohammed Hussein by "leave-and-mail" service of process at 906 Mountain is GRANTED, and the deadline for Plaintiff to serve defendant Mohammed Hussein with a copy of the summons and complaint is hereby extended by forty-five (45) days from the

date this Order is entered or the current deadline to serve process on defendant Mohammed Hussein, February 17, 2020, whichever is later.

SO ORDERED:

Dated: _____ day of _____, 2019

                                                                             _____