UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------X
BYRON CORDOVA, individually and on behalf of all others similarly situated,

                            Plaintiff,

                            -against-

BREEZY POINT INC. d/b/a CHRONE'S TAVERN, MICHAEL CHRONE, and MOHAMMED HUSSEIN,

                            Defendants.
-------------------------------------------------------------------------X

Civil Action No.
2:19-cv-15442

AFFIDAVIT OF SERVICE

DIOMICSA HERNANDEZ, deposes and says that deponent is not a party to this action, is over 18 years of age, and resides in New York; that on November 18, 2019 deponent served the within NOTICE OF MOTION, DECLARATION OF NICOLE D. GRUNFELD, EXHIBITS 1 and 2, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS UPON DEFENDANT MOHAMMED HUSSEIN, and PROPOSED ORDER, on the following:

Mohammed Hussein
c/o Breezy Point Inc. d/b/a Chrone's Tavern Restaurant & Pizzeria
906 Mountain Avenue
Mountainside, NJ 07092

the designated address by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State by first class mail.

                                                               Diomicsa Hernandez

Sworn to before me this
November 18, 2019

ISALICE ACEVEDO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01AC6339065
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES MARCH 21, 2020